## STATE OF CONNECTICUT *v.* RAYMOND BRIDGES

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 72 (AC 30378), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided April 6, 2011

## STATE OF CONNECTICUT *v.* ALBERT V. FARAH

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 437 (AC 29875), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*Lauren Weisfeld,* senior assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided April 6, 2011

## STATE OF CONNECTICUT *v.* MARK S. SILVER

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 522 (AC 30829), is denied.

EVELEIGH and HARPER, Js., did not participate in the consideration of or decision on this petition.